**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

GABRIEL CASTANEDA
#190056 PLAINTIFF

v. 4:26-cv-00615-BSM-JJV

WILLIS, Corrections Officer, PCRDF DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

## DISPOSITION

Gabriel Castaneda ("Plaintiff") brought this action on June 22, 2026. (Doc. No. 2.) On September 23, 2026, Defendant filed a Motion to Dismiss because mail sent to Plaintiff was returned as undeliverable. (Doc. No. 11.) Therefore, that same day, I entered an Order instructing Plaintiff to provide an updated address and affirm his intent to continue prosecuting this action within thirty days.[1] (Doc. No. 14.) That Order was also returned as undeliverable

[1]Local Rule of the Court 5.5(c)(2), states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to

(Doc. No. 16.)

Thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order. He was warned that such failure would result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). (Doc. No. 14.)

IT IS, THEREFORE, RECOMMENDED THAT Plaintiff's Complaint (Doc. No. 2.) be DISMISSED without prejudice.

DATED this 26th day of October 2026.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2).