**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GABRIEL CASTANEDA** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00615-BSM**

**WILLIS** **DEFENDANT**

**ORDER**

United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 17] is adopted. Jamesha Willis's motion to dismiss [Doc. No. 11] is granted and Gabriel Castaneda's claims are dismissed without prejudice.

IT IS SO ORDERED this 13th day of November, 2026.

UNITED STATES DISTRICT JUDGE