**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GABRIEL CASTANEDA** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00615-BSM**

**WILLIS** **DEFENDANT**

# JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of November, 2026.

UNITED STATES DISTRICT JUDGE